No. 947. WIRTZ, SECRETARY OF LABOR, *v.* MODERN TRASHMOVAL, INC. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this petition. *Solicitor General Cox, Charles Donahue, Bessie Margolin* and *Jack H. Weiner* for petitioner. *Charles G. Page* for respondent.

No. 848, Misc. PERRY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 1057, Misc. GAITO *v.* STRAUSS ET AL. C. A. 3d Cir. Certiorari denied.

No. 57. FAWCETT PUBLICATIONS, INC., *v.* MORRIS, 376 U. S. 513;

No. 66. UNITED STATES ET AL. *v.* J. B. MONTGOMERY, INC., 376 U. S. 389;

No. 167. UNGAR *v.* SARAFITE, JUDGE OF THE COURT OF GENERAL SESSIONS OF THE COUNTY OF NEW YORK, 376 U. S. 575; and

No. 815. STRACHAN SHIPPING CO. *v.* KONINKLYKE NEDERLANDSCHE STOOMBOOT MAALSCHAPPY, N. V., 376 U. S. 954. Petitions for rehearing denied.

MAY 13, 1964.

No. 1047, Misc. WILSON *v.* NEW YORK. Appeal from the Court of Appeals of New York. Dismissed pursuant to Rule 60 of the Rules of this Court. *Leon B. Polsky* for appellant.